IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01074-RPM

CHRISTOPHER W. WAKEFIELD,

      Plaintiff,

v.

HOAD, INC., and
MATT GOODRICH,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **September 30, 2010, at 2:30 p.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on September 23, 2010.**

      The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or

representatives of parties will be permitted to attend.

      Dated:   August 4th, 2010

                     BY THE COURT:

                     s/Richard P. Matsch

                     _____
                     Richard P. Matsch, Senior District Judge