IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01074-RPM-CBS

CHRISTOPHER W. WAKEFIELD,

    Plaintiff,

v.

HOAD, INC., and
MATT GOODRICH,

    Defendants.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference held May 24, 2011, it is

ORDERED that this matter is set for trial to jury on **January 23, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated:   May 25th, 2011

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge