IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01074-RPM-CBS

CHRISTOPHER W. WAKEFIELD,

    Plaintiff,

v.

HOAD, INC., and
MATT GOODRICH,

    Defendants.

_____

ORDER GRANTING UNOPPOSED MOTION AND DISMISSING DEFENDANT MATT GOODRICH
WITH PREJUDICE
_____

    After review of the Unopposed Motion to Dismiss Defendant Matt Goodrich with Prejudice, filed June 30, 2011[37], it is

    ORDERED that the motion is granted and all claims in this civil action asserted against defendant Matt Goodrich are dismissed with prejudice, each party to pay its own costs and attorney fees.

    Dated:   July 5th , 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____

                                        Richard P. Matsch, Senior District Judge