IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01074-RPM-CBS

CHRISTOPHER W. WAKEFIELD,

  Plaintiff,

v.

HOAD, INC.,

  Defendant.

___

## ORDER OF DISMISSAL WITH PREJUDICE
___

The parties have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendant should be dismissed with prejudice.

THEREFORE IT IS ORDERED as follows:

1.    That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2.    That Plaintiff's claims against the Defendant Hoad, Inc. are DISMISSED WITH PREJUDICE, each party to pay his own attorneys fees and costs.

Dated this 12th day of July, 2011.

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____

                            Richard P. Matsch
                            Senior United States District Judge